IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WHITESTAR DISTRIBUTORS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:20-cv-970-K-BN |
| | § | |
| KENNETH T. CUCCINELLI, Senior | § | |
| Official Performing the Duties of the | § | |
| Director, U.S. Citizenship and | § | |
| Immigration Services, AND | § | |
| GREGORY A. RICHARDSON, | § | |
| Director of Texas Service Center | § | |
| | § | |
| Defendants, | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 29 , 2020, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.   Plaintiff's Objections are hereby **OVERRULED**.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

SO ORDERED.

Signed October 14th, 2020.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE